DUNKIN' DONUTS INCORPORATED, a Delaware Corporation, Plaintiff—Appellee,

v.

BARR DONUT LLC, A New York Limited Liability Company, Defendant,

and

Alexander BARRETT, et al., Defendants—Appellants.

No. 02–16933.

D.C. No. MC–02–00008–WDB.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2003.*

Decided Aug. 8, 2003.

Before KLEINFELD, WARDLAW, Circuit Judges, and POGUE,** CIT Judge.

## MEMORANDUM ***

Appellee was granted summary judgment in the civil action underlying this Privacy Act[1] appeal.[2] The franchise agreement is terminated, and no timely appeal has been filed in the S.D.N.Y. action. There is no "effectual relief" this panel could grant under *Church of Scientology v. United States.*[3] This appeal is therefore moot.

APPEAL DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Donald Pogue, U.S. Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 5 U.S.C. § 552a.

2. *See Dunkin' Donuts v. Barr Donut,* 242 F.Supp.2d 296 (S.D.N.Y.2003).

3. 506 U.S. 9, 113 S.Ct. 447, 121 L.Ed.2d 313 (1992).